**Petition for Writ of Mandamus Denied and Memorandum Opinion filed December 19, 2023.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-23-00854-CV

---

### IN RE JUSTIN SOLIZ, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**310th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2020-17445a**

---

## MEMORANDUM OPINION

On Friday, November 10, 2023, relator Justin Soliz filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Sonya Heath, presiding judge of the 310th District Court of Harris County, to reverse and vacate an October 16, 2023 Order to Return Children.

Relator has not established that he is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Jewell, Hassan, and Poissant.